

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-95,315-01

### EX PARTE MICHAEL EARL TRANSUE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-2-W012377-1540729-A IN THE
### CRIMINAL DISTRICT COURT NO. 2 FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of aggravated sexual assault of a child and sentenced to thirty years' imprisonment. The Second Court of Appeals affirmed his conviction. *Transue v. State*, No. 02-22-00155-CR (Tex. App.—Fort Worth August 10, 2023). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely file a petition for discretionary review after his direct appeal had been affirmed, although counsel had informed Applicant he would do so. Based on the record, the trial court has determined that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in cause number 02-22-00155-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 10, 2024
Do not publish